IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS A. ROSARIO,**<br>　　　　**Petitioner,**<br><br>　　v.<br><br>**SUPERINTENDENT TICE,**<br>**THE DISTRICT ATTORNEY FOR THE**<br>**COUNTY OF LEHIGH, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>　　　　**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  23-245** |

## O R D E R

**AND NOW**, this 22nd day of August, 2023, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Carlos A. Rosario (ECF 1) and the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF 6), and no objection having been filed, **IT IS ORDERED** as follows:

　　1.　　The Report and Recommendation of United States Magistrate Judge Scott W. Reid is **APPROVED** and **ADOPTED**;

　　2.　　The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Carlos A. Rosario, is **DENIED**; and

　　3.　　A certificate of appealability will not issue because reasonable jurists would not debate this Court's decision that the petition does not state a valid claim of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**